UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of June, two thousand and fourteen,

_____

Edward Lilly,

Plaintiff - Appellant,

v.

Town of Lewiston, Lauren Passanese Campbell, in her Individual and Official Capacity of a Police Officer in the Lewiston Police Department, AKA Lauren Campbell,

Defendants - Appellees.

_____

**ORDER**
Docket Number: 14-1448

A notice of appeal was filed on May 6, 2014. Appellant's brief and any required appendix, due June 16, 2014, has not been filed. The case is deemed in default.

IT IS HEREBY ORDERED that the appeal is dismissed effective June 30, 2014 if the brief and any required appendix are not filed by that date. No extension of time to file will be granted.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court



Case: 14-1448    Document: 26    Page: 2    06/17/2014    1250541    2